THE STATE, Appellant, v. TODD, Respondent.

1. State v. Sloss, 25 Mo. 291, affirmed.

*Appeal from St. Clair Circuit Court.*

*Ewing*, (attorney general,) for the State.

I. The court erred in dismissing the cause. The act authorizing the dismissal on payment of costs and attorney's fee of two dollars is not constitutional. (State v. Sloss, 25 Mo. 291.)

RICHARDSON, Judge, delivered the opinion of the court.

This case is in all respects like the case of the State v. Sloss (25 Mo. 291), and for the reasons given in that opinion the judgment of the circuit court will be reversed and the cause remanded. The other judges concur.